UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NONJUDICIAL FORFEITURE  )
PROCEEDING                     )     MBD No.
                               )

**ASSENTED-TO MOTION TO EXTEND TIME TO
FILE CIVIL FORFEITURE COMPLAINT AND/OR
OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, with the assent of claimant Peter B. Harris, through his attorney, Jai M. Gohel, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), hereby moves upon agreement of the parties to extend from October 1, 2013 to October 31, 2013, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* and/or obtain an Indictment alleging forfeiture regarding the following property to which a claim has been filed by Peter B. Harris (the "Claimant") in a nonjudicial civil forfeiture proceeding with the Department of Homeland Security, Office of Investigations ("HSI"):

a. $33,000 in United States currency, seized from Peter B. Harris on April 16, 2013 at Logan International Airport, Boston, Massachusetts (the "Currency").

A proposed Order to Extend Time to File Civil Forfeiture Complaint and/or Obtain Indictment Alleging Forfeiture is submitted herewith. The United States, in support of this Motion, states as follows:

1. HSI seized the Currency at Logan International Airport on April 16, 2013, based upon suspicious activity of the Claimant, the Claimant's criminal history, the large amount of currency involved, and a canine alert to the presence of narcotic odor.

2. HSI sent notice of its intent to forfeit the Currency administratively, as required

by 18 U.S.C. § 983(a)(1)(A).

3. The Claimant filed a claim to the Currency, which was received by HSI on a timely basis.

4. No other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceeding, and the time within which to file such claims has expired. *See* 18 U.S.C. § 983(a)(2)(A)-(E).

5. HSI transmitted the claim received in the nonjudicial civil forfeiture proceeding for the Currency to the United States Attorney for the District of Massachusetts, for the purpose of initiating a judicial forfeiture action against the Currency.

6. 18 U.S.C. § 983(a)(3)(A)-(C) states:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.
>
> (B) If the Government does not -
>
>     (i) file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or
>
>     (ii) before the time for filing a complaint has expired -
>
>         (I) obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
>
>         (II) take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
>
> the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.

    (C) In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

  7. Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture no later than October 1, 2013.

  8. If the United States fails to file a complaint for forfeiture and/or to obtain an indictment by the specified date, it is required to release the Currency and may not take any further action to effect the civil forfeiture of the Currency in connection with the underlying offense.

  9. The Claimant and the United States have agreed to, and request, an extension of time to and including October 31, 2013, to allow the parties to engage in settlement discussions and potentially resolve the claim filed for the Currency without the need for further litigation.

## **CONCLUSION**

The United States respectfully requests, with the assent of the Claimant, that the Court enter an Order extending the period in which the United States is required to file a complaint against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture to October 31, 2013.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ,
                                              United States Attorney,


                                    By:    /s/ Veronica M. Lei
                                              VERONICA M. LEI
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3111
Date: September 25, 2013              veronica.lei@usdoj.gov


ASSENTED TO:


/s/ Jai M. Gohel
Jai M. Gohel, Esq.
819 Eddy Street
San Francisco, CA 94109
(415) 771-6174
jaigohel@rocketmail.com

Date: September 25, 2013


## CERTIFICATE OF SERVICE

      I, Veronica M. Lei, Assistant United States Attorney, hereby certify that the foregoing document was served via email to counsel for the Claimant.

                                              /s/ Veronica M. Lei
                                              Veronica M. Lei
                                              Assistant United States Attorney
Date: September 25, 2013