UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NONJUDICIAL FORFEITURE )
PROCEEDING )
) MBD No. 13-mc-91231-NMG
)

**ORDER EXTENDING THE TIME TO FILE
CIVIL FORFEITURE COMPLAINT AND/OR
<u>OBTAIN INDICTMENT ALLEGING FORFEITURE</u>**

WHEREAS, Peter B. Harris (the "Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the Department of Homeland Security, Office of Investigations ("HSI"):

a. $33,000 in United States currency, seized from Peter B. Harris on April 16, 2013 at Logan International Airport, Boston, Massachusetts (the "Currency").

WHEREAS, the United States and the Claimant (collectively, the "Parties") have agreed, as provided in 18 U.S.C. § 983(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States, with the assent of the Claimant, has moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States having represented to the Court that HSI sent notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or

to obtain an indictment alleging that the Currency is subject to forfeiture based upon agreement of the Parties;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture is extended to October 31, 2013.

_/s/ Nathaniel M. Gorton_
United States District Judge

Date: 9/30/13